# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PETERSON, ) | 1:07cv1819 OWW DLB |
| ) | |
| ) | ORDER TO SHOW CAUSE WHY |
| Plaintiff, ) | SANCTIONS SHOULD NOT BE IMPOSED |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

On December 12, 2007, Plaintiff, proceeding in forma pauperis, filed the present action for judicial review of the denial of Social Security benefits.

On December 14, 2007, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record, which shall be deemed an answer to the complaint.

On July 14, 2008, the Court issued an order to show cause to Plaintiff regarding proof of service of the complaint. After Plaintiff did not respond, the Court issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to follow a Court order. The Findings and Recommendation have been vacated by separate order.

Plaintiff responded by filing a proof of service on August 14, 2008. The proof of service shows that Defendant was properly served on December 27, 2007.

1  Pursuant to the Scheduling Order, Defendant was required to file the administrative
2 record on or about April 27, 2008.  Defendant has failed to do so.
3  Therefore, Defendant is ORDERED TO SHOW CAUSE, if any he has, why sanctions
4 should not be imposed for failure to comply with the Court's December 14, 2007, scheduling
5 order.  Defendant shall file a written response within twenty (20) days of the date of this order.  If
6 Defendant fails to file a response, the Court will entertain a request for entry of default.
7  IT IS SO ORDERED.
8  **Dated:   August 28, 2008**               /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE