# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNIFER PETERSON, | ) | 1:07cv1819 OWW DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER VACATING ORDER TO SHOW CAUSE (Document 8) |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | ORDER VACATING FINDINGS AND RECOMMENDATION (Document 9) |
| | ) ) | |
| Defendant. | ) ) | |

Based on Plaintiff's August 14, 2008, filing, the Court hereby VACATES the July 14, 2008, Order to Show Cause AND the August 11, 2008, Findings and Recommendation.

IT IS SO ORDERED.

Dated:   **August 28, 2008**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE