# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNIFER PETERSON, | ) | 1:07cv1819 OWW DLB |
| | ) | |
| Plaintiff, | ) ) ) ) | ORDER VACATING ORDER TO SHOW CAUSE (Document 11) |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | ORDER DIRECTING PLAINTIFF TO RESERVE COMPLAINT |
| Defendant. | ) ) | |

On December 12, 2007, Plaintiff, proceeding in forma pauperis, filed the present action for judicial review of the denial of Social Security benefits.

After numerous questions as to the status of service of the complaint, the Court issued an order to show cause to Defendant why sanctions should not be imposed for failure to lodge the administrative record.  The Court explained that service appeared proper.

However, after further review of the proof of service submitted by Plaintiff on August 14, 2008, it appears that Defendant was NOT properly served.  The correct address for the Civil Process Clerk of the United States Attorney's Office is 2500 Tulare Street, Suite 4401, Fresno, California, 93721.  The proof of service shows that Defendant was served at Suite 1501.

Accordingly, the order to show cause issued to Defendant on August 28, 2008, is VACATED.

1

1 | Plaintiff is ORDERED to reserve the complaint with thirty (30) days of service of this
2 | order.  Failure to do so will result in a recommendation that this action be dismissed.  Plaintiff is
3 | also urged to take a more proactive approach to this action.  Had the Court not taken the initiative
4 | to question service, more than six months after the last filing, the action would likely have
5 | continued without activity.

6 | IT IS SO ORDERED.

7 | Dated:  **September 2, 2008**        **/s/ Dennis L. Beck**
             UNITED STATES MAGISTRATE JUDGE