Steven G. Rosales
Attorney at Law: 22224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_rohlfing_office@speakeasy.net

Attorneys for Plaintiff
JENNIFER PETERSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER PETERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:07-CV-01819 DLB<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

    Plaintiff Jennifer Peterson ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 8, 2009; and that Defendant shall have an extension of time until May 13, 2009, to file his opposition, if any is forthcoming.

1 An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 10, 2009          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff JENNIFER PETERSON

DATE:  March 10, 2009.          McGREGOR W. SCOTT
Chief, Civil Division




BY:  _/s/ -*Elizabeth Firer* by Steven G. Rosales*_
Elizabeth Firer
Special Assistant United States Attorney
Attorneys for Defendant
[*By email authorization]

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | IT IS HEREBY ORDERED that plaintiff may have an extension of time, to |
| 4 | and including April 8, 2009, in which to file Plaintiff's Opening Brief; Defendant |
| 5 | may have an extension of time to May 13, 2009 to consider the contentions raised |
| 6 | in Plaintiff's Opening Brief, and file any opposition if necessary. |
| 7 | |
| 8 | **18 March 2009**                      **/s/ Dennis L. Beck** |
| 9 | U.S. Magistrate Judge |