1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
10
                    **FRESNO DIVISION**
11

12 JENNIFER PETERSON,                )
                                     )   CIVIL NO. 1:07-CV-01819-DLB
13      Plaintiff,                   )
                                     )
14      v.                           )   STIPULATION AND ORDER
                                     )
15 MICHAEL J. ASTRUE,                )
   Commissioner of                   )
16 Social Security,                  )
                                     )
17      Defendant.                   )
   _____   )
18

19      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including June 17, 2009, to respond to Plaintiff's motion for summary judgment. This request is due to an extremely heavy work load for the months of April and May, which includes or has included briefing in over 20 district court cases and 3 appellate court cases. This heavy schedule is occasioned, in part, by staffing shortages in the Commissioner's regional office; during this time period 4 attorneys have departed or are in the process of departing for other jobs or been transferred to positions that do not include briefing and 2 more have been or have gone on family or medical leave.

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 14, 2009
/s/ *Steven G. Rosales*
(As authorized via email)
STEVEN G. ROSALES
Attorney for Plaintiff

Dated: May 14, 2009
LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated: May 14, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE