1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JENNIFER PETERSON, ) | |
| ) | CIVIL NO. 1:07-CV-01819-DLB |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 13 days, up to and including June 30, 2009, to respond to Plaintiff's motion for summary judgment. This request is being made because the undersigned attorney for the Commissioner unexpectedly missed work due to a sprained ankle and, upon her return, has had to complete four other district court briefs that could not be further extended.

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

               Respectfully submitted,

Dated: June 17, 2009       /s/ *Steven G. Rosales*
               (As authorized via email)
               STEVEN G. ROSALES
               Attorney for Plaintiff

Dated: June 17, 2009       LAWRENCE G. BROWN
               Acting United States Attorney
               LUCILLE GONZALES MEIS
               Regional Chief Counsel, Region IX
               Social Security Administration

               /s/ *Elizabeth Firer*
               ELIZABETH FIRER
               Special Assistant U.S. Attorney

               Attorneys for Defendant

               <u>ORDER</u>

IT IS SO ORDERED.

  **Dated:**  **June 18, 2009**       **/s/ Dennis L. Beck**
                UNITED STATES MAGISTRATE JUDGE